152 F.3d 1223
 98 Cal. Daily Op. Serv. 7053
 Lisette BALINT, Plaintiff-Appellant,
v.
CARSON CITY, NEVADA, a consolidated municipality; Rod
Banister, in his official capacity only as Carson City
Sheriff; Kay Bennett, Tom Tatro, Janice Ayres, Greg Smith,
in their official capacities only as Board of Supervisors,
Carson City, Nevada, Defendants-Appellees.
 No. 96-17342.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 8, 1998.
 
 Before: HUG, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, Balint v. Carson City, 144 F.3d 1225, 1226 (9th Cir.1998), is withdrawn.